FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN - 5 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

**DENIED**

2008 MAY 28 PM 2:59
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

LODGED VIA FAX

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN TIRE DISTRIBUTORS, INC.<br><br>Plaintiff(s)<br>v.<br><br>AMERICAN TIRE CORPORATION,<br>ABRAHAM HENG YUCIUS, et al.<br><br>Defendant(s). | CASE NUMBER<br><br>CV08-2971 MMM (JTLx)<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed the accompanying Application of __Kathleen E. McCarthy__
*Applicant's Name*

of __King & Spalding LLP  1185 Avenue of the Americas  New York, NY  10036__
*Firm Name / Address*

__212-556-2100__                                    __kmccarthy@kslaw.com__
*Telephone Number*                                    *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of  ☑ Plaintiff  ☐ Defendant

__American Tire Distributors, Inc.__

and the designation of __Lisa Kobialka__
                        *Local Counsel Designee /State Bar Number*

of __King & Spalding LLP  1000 Bridge Parkway, Suite 100  Redwood Shores, CA  94065__
*Local Counsel Firm / Address*

__650-590-0700__                                    __lkobialka@kslaw.com__
*Telephone Number*                                    *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☐ GRANTED
☑ DENIED. Fee, if paid, shall be returned by the Clerk. *LOCAL COUNSEL must maintain an OFFICE IN THE Central District of California.*

Dated __6/5/08__                              _____
                                              U. S. District Judge/U.S. Magistrate Judge

**DENIED**