**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-02971 MMM (CTx) | Date | August 27, 2008 |
|---|---|---|---|

| Title | *American Tire Distributers, Inc. v. American Tire Corporation et al* |
|---|---|

Present: The Honorable   MARGARET M. MORROW

| ANEL HUERTA | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   **Order Taking Motion Off Calendar and Under Submission**

On August 20, 2008, plaintiffs filed a motion for entry of default judgment and permanent injunction against defendants American Tire Corporation and Abraham Hengyucius.  Defaults were entered against American Tire Corporation on July 18, 2008 and against Mr. Hengyucius on August 20, 2008.  The matter will be deemed submitted on August 27, 2008, and the clerk will notify the parties when the court has reached a decision.