1  LISA KOBIALKA, Bar No. 191404
2  lkobialka@kslaw.com
   JAMES HANNAH, Bar No. 237978
3  jhannah@kslaw.com
4  KING & SPALDING LLP
   333 Twin Dolphin Dr., Suite 400
5  Redwood Shores, CA 94065
6  Telephone:   (650) 590-0700
   Facsimile:    (650) 590-1900
7
8  Attorneys for Plaintiff
   American Tire Distributors, Inc.
9

10            IN THE UNITED STATES DISTRICT COURT
11
            FOR THE CENTRAL DISTRICT OF CALIFORNIA
12

13
14  AMERICAN TIRE DISTRIBUTORS,        CASE NO.:  CV08-2971 MMM
    INC., a Delaware corporation,
15                                     **DECLARATION OF**
16                  Plaintiff,         **KATHLEEN MCCARTHY IN**
                                       **SUPPORT OF PLAINTIFF**
17         v.                          **AMERICAN TIRE**
                                       **DISTRIBUTORS, INC.'S**
18                                     **OPPOSITION TO**
    AMERICAN TIRE CORPORATION,         **DEFENDANTS' MOTION TO**
19  unincorporated business with an address  **SET ASIDE DEFAULT**
    in El Monte California, ABRAHAM
20  HENGYUCIUS, a individual and DOES
    1 THROUGH 10,                      **Date:**      March 2, 2009
21                                     **Time:**      10:00 a.m.
                                       **Before:**    Honorable Margaret M.
22                  Defendants.                       Morrow
                                       **Location:**  Courtroom 780
23

24
25
26
27
28
    NYC_IMANAGE-1016359 v1

I, Kathleen McCarthy, hereby declare the following:

1.      I am a partner with the law firm King & Spalding LLP, counsel for Plaintiff American Tire Distributors, Inc. ("ATD").  I have personal knowledge of the facts set forth in this declaration and can testify competently to those facts.

2.      Attached hereto as Exhibit 1 is a true and correct copy of a cease-and-desist letter sent to Defendant American Tire Corporation ("ATC") by John L. Sullivan, Jr. of Alston & Bird LLP, former counsel for ATD, dated September 7, 2006.

3.      Attached hereto as Exhibit 2 is a true and correct copy of a cease-and-desist letter sent to Defendant ATC by Jason M. Sneed of Alston & Bird LLP, former counsel for ATD, dated July 6, 2007.

4.      Prior counsel advised that they were satisfied that Defendants in fact received the correspondence since it was emailed and faxed to Mr. Hengyucius and mailed to all three addresses located for ATC (in El Monte, California, Chino, California and Elizabeth, New Jersey).   Prior counsel further advised that they did not receive any response to the cease-and-desist letters.

5.      Before and after suit was filed, a series of investigations were conducted regarding Defendants.  The investigators reported that corporate records for Defendant ATC could not be located in either the States of California or New Jersey.  Corporate records for a company called American Seashores International, Inc. ("American Seashores") were located in California and New Jersey. Numerous sources, including Internet websites that appeared to be operated by Defendants and owned by the same entity as Defendants' americantire.us website, indicated that American Seashores is also operated by Defendant Hengyucius and is related to Defendant American Tire Corporation.  Investigators could find no personal address, driver's license or Social Security information for Defendant

DECLARATION OF KATHLEEN MCCARTHY  IN SUPPORT          CASE NO.  CV08-2971 MMM
OF PLAINTIFF ATD'S OPPOSITION TO DEFENDANTS'
MOTION TO SET ASIDE DEFAULT

Hengyucius and found indications that Defendant Hengyucius also acted under the names Zhang Hengyu, Hengyu Zhang and Albert Hy.

6.      Attached hereto as Exhibit 3 is a true and correct copy of the Complaint filed in this action on May 6, 2008 (Dkt. No. 1).

7.      ATD hired A&A Legal Service to serve the papers in this action and to conduct such further investigations as were necessary in order to locate a valid address for service of Defendants.

8.      Attached hereto as Exhibit 4 are documents from the investigation of A&A Legal Service used as a basis to locate Defendants.

9.      Attached hereto as Exhibit 5 is a true and correct copy of a case summary and proof of service in unrelated action filed in Superior Court of California, Los Angeles County where papers were served listing Defendant Hengyucius as an authorized agent at the El Monte address, the registered address for American Seashores International, Inc. a corporation a/k/a American Tire Corporation.

10.      Attached hereto as Exhibit 6 is a true and correct copy of the Proof of Service of the Summons and Complaint on Defendant American Tire Corporation ("ATC") and a Notice of Errata regarding the same (Dkt Nos. 13, 14).

11.      Attached hereto as Exhibit 7 is a true and correct copy of an online directory of private tire marketers, from Goliath Tire Business (May 2007), available at http://goliath.ecnext.com/coms2/summary_0199-6518817_ITM, last visited on January 27, 2009.

12.      Attached hereto as Exhibit 8 is a true and correct copy of the Proof of Service of the Summons and Complaint on Defendant Hengyucius (Dkt. No. 19).

DECLARATION OF KATHLEEN MCCARTHY  IN SUPPORT      CASE NO.  CV08-2971 MMM
OF PLAINTIFF ATD'S OPPOSITION TO DEFENDANTS'
MOTION TO SET ASIDE DEFAULT

13.    Attached hereto as Exhibit 9 is a true and correct copy of the Clerk's entry of default as to Defendant ATC for failure to answer the Complaint (Dkt. No. 18).

14.    Attached hereto as Exhibit 10 is a true and correct copy of the Clerk's entry of default as to Defendant Hengyucius for failure to answer the Complaint (Dkt. No. 24).

15.    Upon information and belief, during the week of September 15, 2008, a reporter for a tire industry trade publication asked Defendant Hengyucius about this case and provided Defendant Hengyucius with copies of the papers in this case. *See infra* ¶ 18, Ex. 11.

16.    On September 19, 2008, counsel for ATD received in the mail certain papers that had been mailed to the El Monte address on August 19, 20 and 22, 2008 (namely, Plaintiff's Request to Clerk To Enter Default Against Defendant Hengyucius with supporting declaration, Plaintiff's Notice of Motion for Default Judgment and Permanent Injunction with supporting papers, and Plaintiff's Corrected Notice of Motion for Default Judgment and Permanent Injunction).

17.    On September 22, 2008, A&A Legal Service received in the mail the summons and complaint that had been mailed on June 11, 2008 to Defendant ATC at the El Monte address.  A copy of these papers had also been hand delivered to "Violet" at that address on the same date.

18.    Attached hereto as Exhibit 11 is a true and correct copy of an e-mail sent by Defendants to a trade publication reporter, dated September 22, 2008.

19.    On October 16, 2008, counsel for ATD received a call from Maria Tam.  The next day, counsel for ATD retuned Ms. Tam's call, but she was not in the office.  Counsel for ATD did not hear back from Ms. Tam until November 6, 2008.

DECLARATION OF KATHLEEN MCCARTHY  IN SUPPORT          CASE NO.  CV08-2971 MMM
OF PLAINTIFF ATD'S OPPOSITION TO DEFENDANTS'
MOTION TO SET ASIDE DEFAULT

20.     Attached hereto as Exhibit 12 is a true and correct copy of a letter dated October 27, 2008 from Hannah Lee, counsel for ATD, to Maria Tam.

21.     On November 6, 2008, Maria Tam called counsel for ATD requesting that ATD withdraw its motion for default.  Counsel for ATD responded by e-mail on November 7, 2008.

22.     Attached hereto as Exhibit 13 is a true and correct copy of an e-mail from Hannah Lee, counsel for ATD, to Maria Tam, dated November 7, 2008.

23.     Counsel for ATD never received any communication from Maria Tam or Defendants between November 7, 2008 and January 14, 2009 when Defendants filed their motion to set aside the entry of default.

24.     Attached hereto as Exhibit 14 is an excerpt from an online blog, "Who is American Tire Corporation," dated September 15, 2008, available at: http://buybigtires.com/wordpress/2008/09/15/who-is-american-tire-corporation/, last visited on January 27, 2009.

25.     Attached hereto as Exhibit 15 is a true and correct copy of the Notice of Status of Service of all papers in the case on Defendants (Dkt. No. 40).

26.     Attached hereto as Exhibit 16 is a true and correct copy of the Proof of Personal Service of all papers in the case on Defendant Hengyucius (Dkt. No. 43).

27.     Attached hereto as Exhibit 17 is a true and correct copy of the Proof of Personal Service of all papers in the case on Defendant ATC (Dkt. No. 44)

28.     Attached hereto as Exhibit 18 is a true and correct copy of the Contact page from Defendants' website, www.americantire.us, last visited on January 27, 2009.

DECLARATION OF KATHLEEN MCCARTHY  IN SUPPORT          CASE NO.  CV08-2971 MMM
OF PLAINTIFF ATD'S OPPOSITION TO DEFENDANTS'
MOTION TO SET ASIDE DEFAULT

29.     Recently, on January 15, 2009, I went to the Secretary of State website for the State of New Jersey and conducted a search for corporate records under the name American Tire Corporation.  I did not find any incorporation papers or any information that American Tire Corporation was, in fact, incorporated in the State of New Jersey.

30.     Following receipt of Defendants' motion papers, Plaintiff's counsel arranged for a conference call with Defendants' counsel, which took place on January 20, 2009.  Plaintiff's counsel proposed various means of avoiding motion practice on the default issue, including entering into a stipulation to be ordered by the Court whereby Defendants would consent to jurisdiction, waive further service and Defendant Hengyucius would appear for a  deposition within a set time, if the case could not be settled.  During the call, Ms. Tam stated that Defendants had shown her papers indicating that Defendant ATC was a New Jersey corporation. Plaintiff's counsel asked for, but has not received, a copy of those papers.  Ms. Tam also indicated that Defendants would dispute jurisdiction in California, despite the listing of a P.O. Box in Chino, California and a telephone number in the Los Angeles area code of 626 on Defendants' website.  Ms. Tam advised that she would check with her client regarding the substance of the discussion and Plaintiff's proposals and would get back to Plaintiff's counsel in a day or two.

31.     Attached hereto as Exhibit 19 is a true and correct copy of an email from myself to Maria Tam, dated January 21, 2009 proposing the parties agree to participate in court-ordered mediation before Magistrate Judge Lum who is assigned to this case.

32.     As of Monday morning, January 26, 2009, Ms. Tam did not respond. Accordingly, I sent Ms. Tam another email, which was also faxed to her office. Attached hereto as Exhibit 20 is a copy of my January 26, 2009 email.

DECLARATION OF KATHLEEN MCCARTHY  IN SUPPORT          CASE NO.  CV08-2971 MMM
OF PLAINTIFF ATD'S OPPOSITION TO DEFENDANTS'
MOTION TO SET ASIDE DEFAULT

33.     Attached hereto as Exhibit 21 is a true and correct copy of the Proof of Service of all papers in this case on Defendants at known email, mail, and fax addresses (Dkt. No. 42).

34.     After the close of business on Monday, January 26 (5:45 p.m. California time), Defendants' counsel left messages and sent an email to Plaintiff's counsel regarding the stipulations previously proposed by Plaintiff's counsel. Attached hereto as Exhibit 22 is a true and correct copy of Ms. Tam's email to myself.

35.     In light of Ms. Tam's message, Plaintiff's counsel is in the process of negotiating a possible stipulation with Defendants' counsel in an effort to resolve the parties' dispute with respect to the subject motion, but has not been able to finalize any agreement in light of the deadline for the filing of Plaintiff's response to Defendants' Motion.  Attached hereto as Exhibit 23 is a true and correct copy of the email sent by myself to Ms. Tam on January 27, 2009 regarding the proposed stipulation.

36.     Attached hereto as Exhibit 24 is a true and correct copy of <u>Trustees of the S. Cal. IBEW-NECA Pension Plan v. Sabco Electrique, Inc</u>., No. CV 07-7894 ODW (AJWx), 2008 WL 4297223 (C.D. Cal. Sept. 15, 2008).

37.     Attached hereto as Exhibit 25 is a true and correct copy of <u>Grand Canyon Resort Corp. v. Drive-Yourself Tours, Inc</u>., No. CV-05-03469-PHX-SMM, 2006 WL 1722314 (D. Ariz. June 22, 2006).

38.     Attached hereto as Exhibit 26 is a true and correct copy of <u>Resolution Trust Corp. v. Bowen</u>, No. CV-92-1671-PHX-PGR, 2008 WL 2001270 (D. Ariz. May 7, 2008).

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

        I declare under penalty of perjury under the laws of the State of New York and the United States that the foregoing is true and correct.  Executed this 27th day of January in the year 2009, at New York, New York.


                                    */s/ Kathleen McCarthy*
                                    Kathleen McCarthy

**DECLARATION OF KATHLEEN MCCARTHY  IN SUPPORT          CASE NO.  CV08-2971 MMM**
**OF PLAINTIFF ATD'S OPPOSITION TO DEFENDANTS'**
**MOTION TO SET ASIDE DEFAULT**