# EXHIBIT 5

SEP. 26. 2008  5:02PM   A & A LEGAL SERVICE 6506974640                    NO. 7696   P. 16

## Case Summary

**Case Number:** KC052280
USA TIRE MARKETING, INC. VS AMERICAN SEASHORES

**Filing Date:** 02/05/2008
**Case Type:** Othr Breach Contr/Warr-not Fraud (General Jurisdiction)
**Status:** Pending

---

### Future Hearings

10/24/2008 at 08:30 am in department O at 400 Civic Center Plaza, Pomona, CA 91766
OSC-Failure to File Default Judg (DEFAULT PAPERS/WORK-UP IN TICKLER)

---

Documents Filed | Proceeding Information

### Parties

AMERICAN SEASHORES INTERNATIONAL INC. - Defendant

AMERICAN TIRE CORPORATION - Defendant

USA TIRE MARKETING INC. - Plaintiff

WILNER ALAN D, LAW OFFICES OF - Attorney for Plaintiff

---

Case Information | Party Information | Proceeding Information

**Documents Filed** (Filing dates listed in descending order)

**06/26/2008** Notice of Motion
Filed by Attorney for Plaintiff

**05/16/2008** Dismissal of Does (AS TO DOES 1-10 ONLY )
Filed by Attorney for Plaintiff

**05/01/2008** Default Entered (COURT JUDGMENT SENT TO DEPT O WITH FILE ON 9-23-08 )
Filed by Attorney for Plaintiff

**03/21/2008** Rtn of Service of Summons & Compl
Filed by Attorney for Plaintiff

**02/28/2008** Summons Filed
Filed by Attorney for Plaintiff

**02/06/2008** Notice-Case Management Conference

Exhibit 5
43

# Case Summary

**Case Number:** KC052280
USA TIRE MARKETING, INC. VS AMERICAN SEASHORES

**Filing Date:** 02/05/2008
**Case Type:** Othr Breach Contr/Warr-not Fraud (General Jurisdiction)
**Status:** Pending

---

### Future Hearings

10/24/2008 at 08:30 am in department O at 400 Civic Center Plaza, Pomona, CA 91766
OSC-Failure to File Default Judg (DEFAULT PAPERS/WORK-UP IN TICKLER)

---

Documents Filed | Proceeding Information

### Parties

AMERICAN SEASHORES INTERNATIONAL INC. - Defendant

AMERICAN TIRE CORPORATION - Defendant

USA TIRE MARKETING INC. - Plaintiff

WILNER ALAN D. LAW OFFICES OF - Attorney for Plaintiff

---

Case Information | Party Information | Proceeding Information

**Documents Filed** (Filing dates listed in descending order)

**06/26/2008** Notice of Motion
Filed by Attorney for Plaintiff

**05/16/2008** Dismissal of Does (AS TO DOES 1-10 ONLY )
Filed by Attorney for Plaintiff

**05/01/2008** Default Entered (COURT JUDGMENT SENT TO DEPT O WITH FILE ON 9-23-08 )
Filed by Attorney for Plaintiff

**03/21/2008** Rtn of Service of Summons & Compl
Filed by Attorney for Plaintiff

**02/28/2008** Summons Filed
Filed by Attorney for Plaintiff

**02/06/2008** Notice-Case Management Conference

Exhibit 5
43

SEP. 26. 2008   5:02PM    A & A LEGAL SERVICE 6506974640                    NO. 7696   P. 17

Filed by Clerk

**02/05/2008** Complaint Filed

---

Case Information | Party Information | Documents Filed

**Proceedings Held** (Proceeding dates listed in descending order)

**08/27/2008** at 08:30 am in Department O, Meeka, Peter J., Presiding
OSC-Failure to File Default Judg (DEFAULT PAPERS/WORK-UP IN TICKLER) - **Matter continued**

**06/27/2008** at 08:30 am in Department O, Meeka, Peter J., Presiding
Conference-Case Management - **Completed**

---

Case Information | Party Information | Documents Filed | Proceeding Information

Exhibit 5
44

SEP. 26. 2008   5:02PM   A & A LEGAL SERVICE 6586974640                           NO. 7696   P. 18

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Elkanah J. Burns<br>Law Offices of Alan D. Wilner<br>847 N. Hollywood Way Suite 201<br>Burbank, CA 91505<br>SBN # 151676<br>TELEPHONE NO.: 818 840-8889   FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Plaintiff | **ORIGINAL FILED**<br><br>MAR 21 2008<br><br>**LOS ANGELES SUPERIOR COURT** |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles<br>STREET ADDRESS: 400 Civic Center Plaza<br>MAILING ADDRESS: same<br>CITY AND ZIP CODE: Pomona, CA 91766<br>BRANCH NAME: East District | |
| PLAINTIFF/PETITIONER: USA Tire Marketing, Inc.<br>DEFENDANT/RESPONDENT: American Seahhores International Inc. | CASE NUMBER:<br>KC052280 |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No. |

(Separate proof of service is required for each party served.)

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] summons
   b. [X] complaint
   c. [X] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet (served in complex cases only)
   e. [ ] cross-complaint
   f. [ ] other (specify documents):

3. a. Party served (specify name of party as shown on documents served):
   American Seahhores International Inc., a corporation aka American Tire Corporation.

   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) (specify name and relationship to the party named in item 3a):
   Abraham Hengyucius, authorized agent

4. Address where the party was served: 10501 Valley Blvd. #1189
   El Monte, CA 91734

5. I served the party (check proper box)
   a. [ ] by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date):   (2) at (time):
   b. [X] by substituted service. On (date): 3-15-08   at (time): 4:00pm   I left the documents listed in item 2 with or in the presence of (name and title or relationship to person indicated in item 3):
   John Doe, person in charge (male, chinese, 40 years, 150 lbs., 5'9", black hair)

      (1) [X] (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [ ] (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] (physical address unknown) a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [X] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on (date):   from (city):   or [X] a declaration of mailing is attached.
      (5) [ ] I attach a declaration of diligence stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | PROOF OF SERVICE OF SUMMONS | Code of Civil Procedure, § 417.10<br>American LegalNet, Inc.<br>www.FormsWorkflow.com |

Exhibit 5
45

SEP. 26. 2008  5:03PM   A & A LEGAL SERVICE 6506974640                NO. 7696   P. 19

| PLAINTIFF/PETITIONER: | USA Tire Marketing, Inc. | CASE NUMBER: |
|---|---|---|
| DEFENDANT/RESPONDENT: | American Seashores International Inc. | KC052280 |

5. c. ☐ by mail and acknowledgment of receipt of service. I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on (date):                                (2) from (city):

   (3) ☐ with two copies of the Notice and Acknowledgment of Receipt and a postage-paid return envelope addressed to me. (Attach completed Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)
   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ by other means (specify means of service and authorizing code section):

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of (specify):
   c. ☐ as occupant.
   d. ☒ On behalf of (specify):    American Seashores International Inc., a corporation aka American Tire corporation
         under the following Code of Civil Procedure section:
         ☒ 416.10 (corporation)              ☐ 415.95 (business organization, form unknown)
         ☐ 416.20 (defunct corporation)      ☐ 416.60 (minor)
         ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
         ☐ 416.40 (association or partnership)       ☐ 416.90 (authorized person)
         ☐ 416.50 (public entity)            ☐ 415.46 (occupant)
                                             ☐ other:

7. Person who served papers
   a. Name:    K. Rottner
   b. Address: Rottner Attorney Service, Inc. 1201 W. Temple St. Los Angeles, CA 90026
   c. Telephone number: (213) 482-0200
   d. The fee for service was: $ 56.50
   e. I am:
      (1) ☒ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☐ a registered California process server:
         (I) ☐ owner ☐ employee ☐ independent contractor.
         (ii) Registration No.:
         (iii) County:

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 3-17-08

K. Rottner
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                        (SIGNATURE)

PQS-010 [Rev. January 1, 2007]            PROOF OF SERVICE OF SUMMONS                         Page 2 of 2

Exhibit 5
46