# EXHIBIT 11

| | |
|---|---|
| From: | American Tire Corporation [5980r63@gmail.com] |
| Sent: | Monday, September 22, 2008 9:38 AM |
| To: | Bruce Davis |
| Subject: | Press Release: American Tire Corp to Take Actions against American Tire Distributors and Its Lawyers |
| Importance: | High |

# American Tire Corp to Take Actions against American Tire Distributors and Its Lawyers

*Upon checking ATD's false claims against ATC, ATC is going to take actions against any immoral or illegal business deeds according to US law.*

Chino, California – Monday, September 22, 2008 – American Tire Corporation (ATC) is regret to announce that ATC is going to take legal actions against American Tire Distributors (ATD), ATD's CEO Richard Johnson and its four lawyers working at King and Spalding LLP based in New York and California.

While ATC's CEO Dr. Hengyucius was in Akron, OH during the International Tire Exhibition and Conference 2008 (ITEC 2008) last week, a tire media reporter came to ATC's booth and told Dr. Hengyucius that ATD filed a trademark infringement lawsuit in California against ATC and Dr. Hengyucius, and ATC "failed to present".

Is that true?

Upon checking with the documents given by the media reporter, the following are noticed:

1. ATD really filed a lawsuit in California.
2. ATC and Dr. Hengyucius, as ATD's "Defendants", have never been served, and never been contacted by any court.
3. All ATD's claims in the "lawsuit" are false without any realistic basis.

Based on ATD's false claims, it seems that ATD, its CEO and its lawyers are happy to play games for false claims.

ATC, as a legal business in USA, has no time to play and no interest in playing such games. However, since ATD's false claims have damaged ATC's business and reputation, ATC's legal department is going to take actions against the following who directly involved in filing such false claims:

1. American Tire Distributors (ATD)
2. Richard Johnson, ATD's CEO
3. Lisa Kobialka, ATD's Attorney
4. James Hannah, ATD's Attorney
5. Clark Lackort, ATD's Attorney
6. Lathleen E. McCarthy, ATD's Attorney

Also, ATC is going to report this issue to US government and the Congress. ATC wants to see if such false claims shall be encouraged or prohibited according to US law.

9/24/2008

Exhibit 11

64

In order to let the general public know the truth, ATC encourages any one to check the following websites for both companies to make comparisons:

1. American Tire Corporation: www.americantire.us
2. American Tire Distributors: http://atd-us.com

Any comments or suggestions on this issue, please feel free to email ATC at 360051@gmail.com for reference.

With the objective to become the largest and best manufacturer for 63" and 57" tires, American Tire Corporation is a government-supported OTR tire manufacturer with operations in different US states and other countries. ATC has created several "firsts" in the OTR tire industry. For more information, please check its website, http://www.americantire.us.