# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN TIRE DISTRIBUTORS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN TIRE CORPORATION, unincorporated business with an address in El Monte California, ABRAHAM HENGYUCIUS, an individual and DOES 1 THROUGH 10,<br><br>Defendants. | CASE NO.: CV08-2971 MMM<br><br>**FINAL CONSENT JUDGMENT AND PERMANENT INJUNCTION** |

This matter comes before the Court on the joint request of the parties for entry of this Final Consent Judgment and Permanent Injunction.

WHEREAS Plaintiff American Tire Distributors, Inc. ("ATD" or "Plaintiff") filed its Complaint on May 6, 2008; and

WHEREAS the Clerk entered default against Defendant American Tire Corporation on July 18, 2008 and against Defendant Hengyucius on August 20, 2008 (collectively "Defendants"); and

WHEREAS Defendants thereafter filed a Motion to Set Aside the Clerk's Entry of Default, which motion was denied by the Court by Order filed and dated March 2, 2009; and

WHEREAS Defendants filed a notice of appeal as to the March 2, 2009 Order; and

NYC_IMANAGE-1050306 v1

**FINAL CONSENT JUDGMENT AND**
**PERMANENT INJUNCTION**                                        **CASE NO. CV08-2971 MMM**

1   WHEREAS Defendants consent to and hereby waive any and all objections
2   to the jurisdiction of this Court; and
3   WHEREAS the parties waive findings of fact and conclusions of law under
4   Rule 52 of the Federal Rules of Civil Procedure, except as set forth herein; and
5   WHEREAS the parties agree not to attack the validity of this Final Consent
6   Judgment and Permanent Injunction or any provision thereof in any collateral or
7   subsequent proceeding; and
8   WHEREAS the parties wish to settle their dispute without admission of
9   liability on either side; and
10   WHEREAS by stipulation and agreement of the parties, and with the express
11   consent of the parties, counsel for Plaintiff and counsel for Defendants, as
12   indicated below, the parties stipulate and agree to the entry of this Final Consent
13   Judgment and Permanent Injunction; and
14   IT APPEARING TO THE SATISFACTION OF THE COURT, that this
15   Court has original jurisdiction under 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and
16   1338 and supplemental jurisdiction under 28 U.S.C. §§ 1338(b) and 1367, and
17   Defendants having consented to personal jurisdiction in this Court, it is hereby
18   ORDERED, ADJUDGED, and DECREED that Final Judgment is entered in this
19   case and a permanent injunction is granted as follows:
20       A.   Defendants, its agents, servants, employees, representatives, attorneys,
21   related companies, successors, assigns, and all others in active concert or
22   participation with the Defendants or any of them, be permanently enjoined and
23   restrained:
24       1.   From using AMERICAN TIRE CORPORATION as a
25           trademark, service mark, trade name, or otherwise, and any
26           colorable imitation thereof, including but not limited to any
27           name or mark that includes "AMERICAN TIRE" and any
28           name or mark confusingly similar to or likely to cause

1   confusion with the AMERICAN TIRE DISTRIBUTORS

2   trademark. This provision requires, but is not limited to, the taking

3   down of any and all website content using the name AMERICAN

4   TIRE CORPORATION (e.g. the content at

5   http://www.americantire.us) and ceasing issuance of press releases or

6   advertisements or other promotional materials using the name

7   AMERICAN TIRE CORPORATION.  Without limiting the

8   foregoing, prohibited names or marks include names or marks that use

9   ATD or the term AMERICAN, AMERICA, or abbreviations thereof

10  like AMERI with the term TIRE.  The parties expressly agree that

11  Defendants may use and register the name AMERICAN RUBBER

12  CORPORATION;

13  2.   From representing by any means whatsoever, directly or indirectly,

14       that Defendants or any products or services offered by Defendants, are

15       associated in any way with Plaintiff or its products or services, and

16       from otherwise taking any other action likely to cause confusion,

17       mistake, or deception on the part of purchasers or consumers; and

18  3.   From doing any other acts or things calculated or likely to cause

19       confusion or mistake in the mind of the public or to lead purchasers or

20       consumers into the belief that Defendants' products or services come

21       from or are the products or services of Plaintiff, or are somehow

22       sponsored or underwritten by, or affiliated with, Plaintiff, and from

23       otherwise unfairly competing with Plaintiff or misappropriating that

24       which rightfully belongs to Plaintiff.

25  B.   Defendants shall transfer the domain name "AMERICANTIRE.US"

26  and all other domain names that include prohibited names or colorably imitate

27  Plaintiff's AMERICAN TIRE DISTRIBUTORS mark, to Plaintiff and that

28  Defendants be limited to use of a domain name or names that do not use

1  AMERICAN with TIRE, any colorable imitation of the AMERICAN TIRE

2  DISTRIBUTORS trademark, or any name or mark confusingly similar thereto or

3  prohibited hereby.  Defendants may use domain names that include or are

4  comprised of the phrase AMERICAN RUBBER CORPORATION.

5       C.     Defendants shall amend the records of any Secretary of State offices

6  to delete any reference to AMERICAN TIRE CORPORATION as a business name

7  or assumed name and that Defendants be limited to use of a corporate name that

8  does not use AMERICAN with TIRE, any colorable imitation of the AMERICAN

9  TIRE DISTRIBUTORS trademark, or any name or mark confusingly similar

10  thereto or likely to cause confusion with the AMERICAN TIRE DISTRIBUTORS

11  trademark or prohibited hereby.

12       D.     Up to and including ninety (90) days following the entry of this Order,

13  Defendants shall be allowed to refer to the name "American Tire Corporation" to

14  collect accounts receivable due and owing to that entity including using the name

15  "American Tire Corporation" on accounting documents such as past due notices

16  and may notify entities on its accounts receivable list that American Rubber

17  Corporation was formerly known as American Tire Corporation.   Defendants shall

18  not use the name "American Tire Corporation" at trade shows, to solicit new

19  business, in promotional materials of any kind, or on websites.

20       E. Defendants are ordered to file with this Court and to serve on Plaintiff

21  within thirty (30) days of the entry of this Order and again within one hundred

22  (100) days of the entry of this Order two reports in writing under oath, setting forth

23  in detail the manner and form in which Defendants have complied with the

24  foregoing injunctions.

25       F.     Plaintiff agrees that it will not use the entity name AMERICAN TIRE

26  CORPORATION or the domain name americantire.us until May 31, 2014, at

27  which time Plaintiff may use that corporate name or domain name in its discretion.

28  Plaintiff further acknowledges Defendants' concern that in the intervening years or

1    thereafter a third party may commence use of AMERICAN TIRE

2    CORPORATION in a manner that adversely affects Defendants' business and

3    should any such use come to Plaintiff's attention, Plaintiff agrees to take such

4    action as in its discretion is appropriate to address the issue.

5        G.   The parties agree that any third parties inquiring about the settlement of

6    this case or this Order shall be advised that the case was settled on undisclosed,

7    amicable terms.

8        H.    The parties will bear their own attorneys' fees and costs in connection

9    with this action.   However, if either party successfully moves for contempt in

10   connection with any violation of this Order, that party shall be entitled to recover

11   their fees and costs in connection with prosecuting this action to date as well as in

12   connection with the contempt proceeding.

13       I.     This Court shall retain jurisdiction hereof for all purposes, including

14   the purpose of hearing applications and making orders necessary or appropriate

15   relating to this Judgment.

16       J.     This Consent Judgment shall be deemed to have been served on

17   Defendants and all of its officers, directors, agents, employees and attorneys as of

18   the date of entry hereof by the Court and shall become effective immediately. The

19   Clerk of this Court is directed to enter this Final Consent Judgment and Permanent

20   Injunction.

21

22   Dated: _07·31·09_ , 2009.        _Margaret M. Morrow_

23       Los Angeles, CA            Judge Margaret M. Morrow

24                                 United States District Court

25                  **STIPULATED AND AGREED TO BY:**

26   **PLAINTIFF AMERICAN TIRE DISTRIBUTORS, INC.**

27   Dated: _June 18_ , 2009     By: _____

28                                     Name: J. Michael Gaither

Title: *Executive Vice President*

## ACKNOWLEDGEMENT OF PLAINTIFF

STATE OF *North Carolina* )
                                        ) ss.:
COUNTY OF *Mecklenburg*)

On this *18th* day of *June*, 2009, before me personally appeared *J. Michael Gaither* being by me duly sworn, did depose and say that s/he is the *Executive Vice President* of AMERICAN TIRE DISTRIBUTORS, INC., the entity referred to in this Order, and acknowledged that s/he executed the foregoing instrument as the act and deed of AMERICAN TIRE DISTRIBUTORS, INC. with full authority to do so.

*Deborah B. Gardner*
Notary Public

(Notary Seal)

DEBORAH B. GARDNER
NOTARY PUBLIC
Mecklenburg County
North Carolina
My Commission Expires October 21, 2013

## DEFENDANT AMERICAN TIRE CORPORATION

Dated: *06-06*, 2009    By: _____
                                          Name: *Abraham Hengyucius*
                                          Title: *President*

## ACKNOWLEDGEMENT OF DEFENDANT
## AMERICAN TIRE CORPORATION

STATE OF *California* )
                                    ) ss.:
COUNTY OF *San Bernardino*)

On this *5* day of *June*, 2009, before me personally appeared *Abraham Hengyucius*, being by me duly sworn, did depose and say that s/he is the *President* of AMERICAN TIRE CORPORATION, the entity referred to in this Order, and acknowledged that s/he executed the foregoing instrument as the act and deed of AMERICAN TIRE CORPORATION with full authority to do so.

Notary Public   *MIKE GOODEY*

(Notary Seal)

MIKE GOODEY
COMM. # 1844856
NOTARY PUBLIC-CALIFORNIA
SAN BERNARDINO COUNTY
MY COMM. EXP. MAY 13. 2013

FINAL CONSENT JUDGMENT AND                              CASE NO. CV08-2971 MMM
PERMANENT INJUNCTION

**DEFENDANT ABRAHAM HENGYUCIUS**

BY MY SIGNATURE BELOW, I HEREBY ACKNOWLEDGE THAT I AM AN
OWNER OF AMERICAN TIRE CORPORATION AND I ACCEPT AND
AGREE TO BE BOUND BY THE PROVISIONS APPLICABLE IN THIS
AGREEMENT AS TO MYSELF PERSONALLY AND AS TO AMERICAN
TIRE CORPORATION:

Dated: _06-05_____, 2009    By:_____
                                Name: Abraham Hengyucius

ACKNOWLEDGEMENT OF DEFENDANT
ABRAHAM HENGYUCIUS

STATE OF _California_ )
                       ) ss.:
COUNTY OF _San Bernardino_ )

On this _5_ day of _June_, 2009, before me personally appeared ABRAHAM
HENGYUCIUS, being by me duly sworn, did depose and say that he is the
individual defendant referred to in this Order, and acknowledged that he duly
executed the foregoing instrument on his own behalf.

_____
Notary Public
_Mike Goodey_                                        (Notary Seal)

MIKE GOODEY
COMM. # 1844856
NOTARY PUBLIC-CALIFORNIA
San Bernardino County
My Comm. Exp. May 13, 2013

**APPROVED AS TO FORM BY:**

Dated: _June 22_____, 2009    By:_____
                                LISA KOBIALKA, Bar No. 191404
                                lkobialka@kslaw.com
                                KING & SPALDING LLP
                                333 Twin Dolphin Dr., Suite 400
                                Redwood Shores, CA 94065
                                Telephone:  (650) 590-0700
                                Facsimile:  (650) 590-1900

                                Attorneys for Plaintiff
                                American Tire Distributors, Inc.

FINAL CONSENT JUDGMENT AND                    CASE NO.  CV08-2971 MMM
PERMANENT INJUNCTION

Dated: _____, 2009     By: _____

JOEL F. TAMRAZ, Bar. No. _____
joeltamraz@msn.com
Law Offices of Joel F. Tamraz
Airport Center II
5959 West Century Boulevard
Suite 1406
Los Angeles, CA 90045-6514
Telephone: (310) 258-8588
Facsimile: (310) 258-1791
Attorneys for Defendants
American Tire Corporation and
Abraham Hengyucius

**FINAL CONSENT JUDGMENT AND**                    **CASE NO.  CV08-2971 MMM**
**PERMANENT INJUNCTION**